COMMONWEALTH of Pennsylvania,
Respondent

v.

Jerome Robert SMITH, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Eileen Rifka Smith, Petitioner

No. 262 WAL 2016

No. 263 WAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

### ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.